ERIC GRANT
United States Attorney
BRENDAN D. DALY
Assistant United States Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HAU H NGUYEN,<br><br>Defendant. | Case No. 1:26-po-00218-EGC<br><br>[Citation #E1762556 CA/51]<br><br>MOTION AND ORDER FOR DISMISSAL |

The United States of America, by and through Eric Grant, United States Attorney, and Brendan D. Daly, Assistant United States Attorney, hereby moves to dismiss Case No. 1:26-po-00218-EGC [Citation #E1762556 CA/51] against HAU H NGUYEN, without prejudice, in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

DATED: October 27, 2026

Respectfully submitted,

ERIC GRANT
United States Attorney

By: */s/ Brendan D. Daly*
BRENDAN D. DALY
Assistant United States Attorney

**O R D E R**

IT IS HEREBY ORDERED that Case No. 1:26-po-00218-EGC [Citation #E1762556 CA/51] against HAU H NGUYEN is dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated: **October 27, 2026**

UNITED STATES MAGISTRATE JUDGE